CHRISTINA A. JUMP (D.C. Cir. Bar No. 62175)
cjump@clcma.org
SAMIRA ELHOSARY (D.C. Cir. Bar No. 63673)
selhosary@clcma.org
JINAN CHEHADE (D.C. Cir. Bar No. 65511)
jinan.chehade@mlfa.org
Constitutional Law Center
for Muslims in America
100 N. Central Expy., Ste. 1010
Richardson, TX 75080
Tel: (972) 914-2507; Fax: (972) 692-7454

*Attorneys for Plaintiff/Appellant*

**IN THE UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| **AYMAN FAREH SOLIMAN**, <br><br> *Appellant,* <br><br> v. <br><br> **TERRORIST SCREENING CENTER**, <br><br> *Appellee.* | **No. 25-5191** <br><br> (1:24-cv-00634-LLA) |

## STATEMENT OF ISSUES TO BE RAISED

Appellant Ayman Soliman hereby files his statement of issues to be raised on appeal, and identifies the following issues:

1. Whether the district court erred in ruling that Appellee TSC has no independent obligations under FOIA.

2. Whether the district court erred in ruling that Appellant Soliman has not exhausted his administrative remedies.

Respectfully submitted this 26th day of June 2025.

*/s/ Christina A. Jump*
Christina A. Jump
D.C. Court of Appeals Bar No. 62175
Samira S. Elhosary
D.C. Court of Appeals Bar No. 63673
Jinan Chehade
D.C. Court of Appeals Bar No. 65511
Constitutional Law Center
for Muslims in America*
100 N. Central Expressway, Ste. 1010
Richardson, TX 75080
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
selhosary@clcma.org
jinan.chehade@mlfa.org
*Attorneys for Appellant*

*The Constitutional Law Center for Muslims in America
is the legal division of the Muslim Legal Fund of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of June, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christina A. Jump*
Christina A. Jump
*Attorney for Appellant*
