# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5191**                              **September Term, 2025**

**1:24-cv-00634-LLA**

**Filed On: March 17, 2026** [2164112]

Ayman Fareh Soliman, an individual,

        Appellant

        v.

Terrorist Screening Center,

        Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 30, 2026, at 9:30 A.M.:

|  |  |  |
|---|---|---|
| Appellant | - | 10 Minutes |
| Appellee | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson and Childs, and Senior Circuit Judge Randolph.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 19, 2026.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

        BY:   /s/
              Michael C. McGrail
              Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)